IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| AUBRIMAR FRASELIS REGALADO MENDEZ , | * | |
| | * | |
| Petitioner, | | Case No.   4:26-cv-496-CDL-AGH |
| v. | * | 28 U.S.C. § 2241 |
| Warden, STEWART DETENTION CENTER et al., | * | |
| | * | |
| Respondents. | | |

## **J U D G M E N T**

Pursuant to this Court's Order dated June 5, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondents.

This 5th day of June, 2026.

David W. Bunt, Clerk


s/ Ashley N. Yates, Deputy Clerk